FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 03 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 03 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Sellathurai Sriganesha
315 Eagles Pass
Milton, GA a30004
864-498-9953
ganesh@lawflux.com

August 30, 2026

**Clerk of Court**
United States District Court for the Northern District of Georgia
Atlanta Division — Room 2211
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Submission of Proof of Service (Summonses Executed)**

**Case Name:** SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA v. CITY OF MILTON, GEORGIA; JASON GRIFFIN

**Case Number:** 1:26-CV-4820 SEG

Dear Clerk of Court,

Enclosed please find the original proofs of service for filing in the above-referenced matter. I am submitting these for filing by mail as a non-represented/pro se litigant.
Specifically, this package contains two (2) separate documents:

1. **Summons Returned Executed / Proof of Service** for Defendant: JASON GRIFFIN, served on August 27, 2026.
2. **Summons Returned Executed / Proof of Service** for Defendant: CITY OF MILTON, served on August 28, 2026.

Please file and docket these returns of service under the respective docket codes at your earliest convenience.

Thank you for your assistance with this matter. If there are any administrative issues or if a filing fee correction is needed, please contact me immediately at the phone number or email address listed above.

Sincerely,

SELLATHURAI SRIGANESHA
Pro Se Litigant

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA

*Plaintiff(s)*

v.

CITY OF MILTON, GEORGIA

*Defendant(s)*

Civil Action No. 1:26-CV-4820

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CITY OF MILTON, GEORGIA
2006 Heritage Walk, Milton, GA 30004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANGEETHA & SELLATHURAI SRIGANESHA
315 EAGLES PASS
MILTON GA 30004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* KEVIN P. WEIMER

Date: AUG 25 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Milton Susan Wilneth, City Mgr Assist. Executive to Mayor + City Mgr.

was received by me on *(date)* 8/27/26 .

☑ I personally served the summons on the individual at *(place)* Milton City Hall on *(date)* 8/27/26 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Wilneth , who is designated by law to accept service of process on behalf of *(name of organization)* City of Milton on *(date)* 8/27/26 ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ 95 for travel and $ 0 for services, for a total of $ 95 0 .

I declare under penalty of perjury that this information is true.

Date: 8/27/26

Frederick Atkins
*Server's signature*

Frederick Atkins, Process Server
*Printed name and title*

7444 Portbury Park Lane Suwanee GA 30024
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

CITY OF MILTON GEORGIA

August 28, 2026

The below signed is authorized to accept service on behalf of the City of Milton.

Bernadette Harvill
Deputy City Manager
City of Milton

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA

*Plaintiff(s)*

v.

CITY OF MILTON, GEORGIA

*Defendant(s)*

Civil Action No. 1:26-CV-4820

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF MILTON, GEORGIA
2006 Heritage Walk, Milton, GA 30004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANGEETHA & SELLATHURAI SRIGANESHA
315 EAGLES PASS
MILTON GA 30004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* KEVIN P. WEIMER

Date: AUG 2 5 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Milton
was received by me on *(date)* 08/26/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bernadette Harvill, Deputity Mgr. who is designated by law to accept service of process on behalf of *(name of organization)* City of Milton on *(date)* 08/28/26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 95 for travel and $ 0 for services, for a total of $ 95 0 .

I declare under penalty of perjury that this information is true.

Date: ______

Frederick Atkins
*Server's signature*

Frederick Atkins
*Printed name and title*

7444 Postbury Park Lane, Suwanee GA 30024
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA

*Plaintiff(s)*

v.

JASON GRIFFIN

*Defendant(s)*

Civil Action No. 1:26-CV-4820

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JASON GRIFFIN
Milton Police Department
13690 Highway 9, Building B
Milton, GA 30004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANGEETHA & SELLATHURAI SRIGANESHA
315 EAGLES PASS
MILTON, GA 30004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: AUG 25 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jason Griffin, Police Chief
was received by me on *(date)* 08/27/26 .

☑ I personally served the summons on the individual at *(place)* Milton Police Dept.
on *(date)* 08/27/26 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________, a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 8/27/26

Frederick Atkins
*Server's signature*

Frederick Atkins, Process Server
*Printed name and title*

7444 Portbury Park Lane, Suwanee GA 30024
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

CERTIFIED MAIL

From
SELLATHURAI SRIGANESHA
315 EAGLES PASS
MILTON, GA 30004

9589 0710 5270 4190 9419 42

Retail

RDC 99

30303

U.S. POSTAGE PAID
FCM LG ENV
ALPHARETTA, GA 30009
AUG 31, 2026

$7.53

S2324S501091-24

RECEIVED
SEP 03 2026

RECEIVED
SEP 03 2026

CLEARED DATE
SEP 03 2026
U.S. Marshals Service
Atlanta, GA 30303

To CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION - ROOM 2211
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303-3309