**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Sellathurai ("Ganesh") Sriganesha and Sangeetha Sriganesha,<br><br>Plaintiffs,<br><br>v.<br><br>City of Milton, Georgia; and Jason Griffin, in his individual capacity,<br><br>Defendants. | Case No.:<br>1:26-cv-4820 |

**Motion to Dismiss**

Defendants City of Milton, Georgia and Jason Griffin bring this motion to dismiss the Complaint. Under Federal Rule of Civil Procedure 12(b)(1), Plaintiffs lack Article III standing to bring either count, and this Court lacks subject-matter jurisdiction over the Complaint. In the alternative, under Federal Rule of Civil Procedure 12(b)(6), Defendant Griffin is entitled to qualified immunity on Count I, and the City cannot be liable under *Monell v. Department of Social Services* on Count II. The grounds for this motion are set forth in Defendants' Brief in Support of Motion to Dismiss, filed contemporaneously herewith.

Respectfully Submitted,
/s/ J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendants*

J. Scott Key, LLC
199 West Jefferson Street
Madison, GA 30650
(678) 610-6624
scott@scottkeylaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Sellathurai ("Ganesh") Sriganesha and Sangeetha Sriganesha,<br><br>Plaintiffs,<br><br>v.<br><br>City of Milton, Georgia; and Jason Griffin, in his individual capacity,<br><br>Defendants. | Case No.:<br>1:26-cv-4820 |

## Certificate of Service

I certify that I have served an accurate and true copy of the foregoing Motion to Dismiss via U.S. Mail upon:

Sellathurai Sriganesha
Sangeetha Sriganesha
315 Eagles Pass
Milton, Georgia 30004

This the 8th day of September, 2026.

Respectfully Submitted,

/s/ J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendants*

J. Scott Key, LLC
199 West Jefferson Street
Madison, GA 30650
(678) 610-6624
scott@scottkeylaw.com