RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 21 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MILTON, GEORGIA; and JASON GRIFFIN, in his individual capacity,<br><br>Defendants. | Civil Action No. 1:26-cv-04820-SEG<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY [DOC. 6]** |

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY [DOC. 6]

Plaintiffs Sellathurai ("Ganesh") Sriganesha and Sangeetha Sriganesha, appearing pro se, respond to Defendants' Motion to Stay Discovery [Doc. 6] as follows.

## I. THE MOTION IS PREMISED ON A MOTION THAT IS NOW MOOT

1. Defendants ask the Court to stay discovery pending resolution of their Motion to Dismiss [Doc. 5]. Contemporaneously with this response, and within the time allowed by Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs are filing their First Amended Complaint as a matter of course, together with a response to Doc. 5. The First Amended Complaint supersedes the original Complaint.

*Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007). As set out in Plaintiffs' separately filed response to Doc. 5, that motion is therefore moot. Because Doc. 6 seeks a stay pending resolution of Doc. 5, Plaintiffs respectfully submit that the requested stay is likewise moot.

## II. PLAINTIFFS' POSITION ON A STAY PENDING ANY RENEWED MOTION

2. If Defendants file a timely renewed Rule 12 motion directed to the First Amended Complaint, Plaintiffs do not oppose a stay of formal discovery pending the Court's resolution of that motion, provided that:

(a) the stay is without prejudice to either party seeking leave for limited discovery upon a showing of good cause;

(b) the stay does not alter any party's existing obligations to preserve potentially relevant evidence; and

(c) the deadline for filing the Joint Preliminary Report and Discovery Plan is suspended during the stay and extended to thirty days after the Court resolves the renewed motion, or such other date as the Court directs.

3. Plaintiffs respectfully request that any order staying discovery so provide.

## CONCLUSION

Plaintiffs respectfully request that the Court DENY Defendants' Motion to Stay Discovery [Doc. 6] AS MOOT or, in the alternative, if Defendants file a timely renewed Rule 12 motion directed to the First Amended Complaint, stay formal discovery pending resolution of that motion on the terms stated in Part II above.

Respectfully submitted this 16th day of September, 2026.

______________________________
Sellathurai ("Ganesh") Sriganesha, Plaintiff, pro se
315 Eagles Pass, Milton, Georgia 30004
Email: ganesh.sellathurai@gmail.com
Telephone: (864) 498-9953

______________________________
Sangeetha Sriganesha, Plaintiff, pro se
315 Eagles Pass, Milton, Georgia 30004
Email: sangee.ganesh@gmail.com
Telephone: (864) 252-6658

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1(C)

Pursuant to Local Rule 7.1(D), I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically Times New Roman 14-point font.

## CERTIFICATE OF SERVICE

I certify that on September 16, 2026, I served a true and correct copy of the foregoing Plaintiffs' Response to Defendants' Motion to Stay Discovery [Doc. 6] on counsel for Defendants by depositing it in the United States Mail, first-class postage prepaid, with a courtesy copy by email, addressed to:

J. Scott Key
J. Scott Key, LLC
199 West Jefferson Street
Madison, Georgia 30650
scott@scottkeylaw.com

________________________________
Sellathurai ("Ganesh") Sriganesha

CERTIFIED MAIL

9589 0710 5270 4546 2400 64

Retail

U.S. POSTAGE PAID
FCM LG ENV
ALPHARETTA, GA 30009
SEP 16, 2026

30303

$9.87

RDC 99

S2324S501091-24

FROM:

SELLATHURAI SRIGANESHA
315 EAGLES PASS
MILTON, GA 30004

TO:

CLERK OF COURT
UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION
UNITED STATES COURTHOUSE
2211 ~~TED TURNER DRIVE, SW~~
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303-3309

CLEARED DATE
SEP 21 2026
U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
SEP 21 2026
U.S. Marshals Service
Atlanta, GA 30303

Utility Mailer
10 1/2" x 16"

ReadyPost