UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELLATHURAI GANESH SRIGANESHA and SANGEETHA SRIGANESHA,<br>Plaintiffs,<br>v.<br>CITY OF MILTON, GEORGIA and JASON GRIFFIN in his individual capacity,<br>Defendants. | CIVIL ACTION NO.<br>1:26-CV-4820-SEG |

**ORDER**

This matter is before the Court on Defendants' September 8, 2026 motion to dismiss and motion to stay. (Doc. 5, 6.) Plaintiffs amended their complaint on September 21, 2026, and Defendants subsequently moved to dismiss the amended complaint and filed another motion to stay. (Doc. 11, 12.) "[A]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case." *Ashely v. Jaipersaud*, 544 F. App'x 827, 829 n.3 (11th Cir. 2013) (citing *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007)). The September 8, 2026 motion to dismiss was directed towards Plaintiffs' original complaint, which has now been superseded. As a result, Defendants' motion to dismiss the original complaint and motion to stay pending a ruling on the motion to dismiss the original complaint are moot. *See*

*Fountain v. Hyundai Motor Co.,* No. 1:15-CV-00446-ELR, 2016 WL 4361528, at *2 (N.D. Ga. Mar. 4, 2016) ("The filing of the amended complaint has rendered the arguments contained in the first motion to dismiss moot."). Defendants' motion to dismiss the original complaint and motion to stay are therefore **DENIED AS MOOT**. (Doc. 5, 6.) Defendant's September 28, 2026 motion to dismiss the amended complaint and September 29, 2026 motion to stay remain pending and will be adjudicated by separate order.

**SO ORDERED** this 13th day of October, 2026.

SARAH E. GERAGHTY
United States District Judge