RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA,<br>Plaintiffs,<br><br>v.<br><br>CITY OF MILTON, GEORGIA; and JASON GRIFFIN, in his individual capacity,<br>Defendants. | Civil Action No.<br>1:26-cv-04820-SEG |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Renewed Motion to Stay Discovery and to Suspend the Joint Preliminary Report and Discovery Plan Deadline [Doc. 12]. Plaintiffs do not oppose the requested stay. Having considered the motion and Plaintiffs' response, the Court GRANTS the motion as follows.

1. All discovery in this case is STAYED pending the Court's ruling on Defendants' Renewed Motion to Dismiss [Doc. 11]. If a Second Amended Complaint is filed with leave of Court and a motion under Federal Rule of Civil Procedure 12(b) is directed to it, the stay shall continue pending the Court's ruling on that motion.

2. The deadlines under Local Rules 16.1, 16.2, and 26.1(A) are SUSPENDED for all parties. If any claim remains when the stay ends, the parties shall confer under Rule 26(f) within sixteen (16) days after the stay ends, and shall file the Joint Preliminary Report and Discovery Plan and serve initial disclosures within thirty (30) days after the stay ends.

3. Nothing in this Order alters any party's existing obligations to preserve evidence.

SO ORDERED this ______ day of ____________________, 2026.

_________________________________

SARAH E. GERAGHTY
United States District Judge