**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SELLATHURAI ("GANESH") SRIGANESHA and SANGEETHA SRIGANESHA,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**CITY OF MILTON, GEORGIA; and JASON GRIFFIN, in his individual capacity,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.:**<br><br>**1:26-CV-04820-SEG**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned, without waiving service of process, and requests that he be listed as attorney for Sellathurai ("Ganesh") Sriganesha and Sangeetha Sriganesha, Plaintiffs, in the above-styled action. All papers and process may be served at:

Stephen P. Fuller
Fuller Sloan, LLC
6455 East Johns Crossing
Suite 400
Johns Creek, Georgia 30097
spf@fslaw.law

Respectfully submitted this 23rd day of November, 2026.

**FULLER SLOAN, LLC**

**By: /s/ *Stephen P. Fuller***
Ga. Bar No. 280336

6455 East Johns Crossing
Suite 400
Johns Creek, Georgia 30097
(770) 622-4700
spf@fslaw.law

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SELLATHURAI (“GANESH”) SRIGANESHA and SANGEETHA SRIGANESHA,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**CITY OF MILTON, GEORGIA; and JASON GRIFFIN, in his individual capacity,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.:**<br><br>**1:26-CV-04820-SEG**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of **PLAINTIFFS’ NOTICE OF APPEARANCE** with this Court’s CMECF and notice will be provided to the following attorneys of record:

J. Scott Key
J. Scott Key, LLC
199 West Jefferson Street
Madison, GA 30650
scott@scottkeylaw.com

So served this 23rd day of November 2026.

**FULLER SLOAN, LLC**

**By:___/s/ *Stephen P. Fuller*_______**
Ga. Bar No. 280336

6455 East Johns Crossing
Suite 400
Johns Creek, Georgia 30097
(770) 622-4700
spf@fslaw.law